# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1503                **Short Title:** AAP v. Kennedy

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from 3/16/26
2. Date this notice of appeal filed 4/29/26
   If cross appeal, date first notice of appeal filed
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
4. Date of entry of order deciding above post-judgment motion
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
   Time extended to

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
      If yes, explain
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
      If yes, explain Interlocutory order reviewable under 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [✓] Yes   [ ] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
    If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the
    adverse party. Attach additional page if necessary.

    1.  Adverse party See attached additional pages
        Attorney
        Address
        Telephone

    2.  Adverse party
        Attorney
        Address
        Telephone

    3.  Adverse party
        Attorney
        Address
        Telephone

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's
    counsel. Attach additional page if necessary.

    1.  Appellant's name See attached additional pages
        Address
        Telephone

        Attorney's name
        Firm
        Address
        Telephone

    2.  Appellant's name
        Address
        Telephone

        Attorney's name
        Firm
        Address
        Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless
relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.


Signature  /s/ Ashley C. Honold
Date  5/15/26

D.  There are two related cases pending in this Court, Nos. 25-1907 and 26-1325.  In those cases, putative intervenors have appealed the district court's orders denying their motions to intervene.

F.  Representing plaintiffs-appellees American Academy of Pediatrics, American College of Physicians, Inc., American Public Health Association, Infectious Diseases Society of America, Massachusetts Public Health Association *doing business as* Massachusetts Public Health Alliance, Society for Maternal-Fetal Medicine, Jane Doe, Massachusetts Chapter of the American Academy of Pediatrics, Jane Doe 2, Jane Doe 3:

**Elizabeth J. McEvoy**
**Gianna Monet Costello**
Epstein Becker Green
One Financial Center
Suite 1520
Boston, MA 02111

**James J. Oh**
**Kathleen Barrett**
**Lydia Pincsak**
Epstein Becker & Green, P.C.
227 W. Monroe Street
Ste 4500
Chicago, IL 60606

**Stuart M. Gerson**
**Richard Hughes, IV**
**Robert E Wanerman**
**William Walters**
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Ste 7th Floor
Washington, DC 20037

**Carolyn Owens Boucek**
Littler Mendelson P.C.
321 N. Clark Street

Suite 1100
Chicago, IL 60654

**Daniella Lee**
Epstein Becker Green
201 East Kennedy Blvd
Suite 1260
Tampa, FL 33602

**Jeremy A. Avila**
Epstein Becker & Green, P.C.
57 Post Office
Suite 703
San Francisco, CA 94104

**Marguerite McGowan Stringer**
Epstein Becker & Green, P.C.
6584 Poplar Ave
Floor 2
Memphis, TN 38119

**Molly A. Meegan**
American College of Obstetricians and Gynecologists
409 12th St SW
Washington, DC 20024


G.  Representing defendants-appellants Robert F. Kennedy, Jr., in the official capacity as Secretary of the Department of Health and Human Services, U.S. Food & Drug Administration, Jay Bhattacharya, in the official capacities as Director of the National Institutes of Health and as Acting Director of Centers for Disease Control and Prevention, National Institutes of Health, Centers for Disease Control and Prevention, United States Department of Health and Human Services, Martin Makary, in the official capacity as Commissioner of the Food and Drug Administration:


**Ashley C. Honold**
**Douglas C. Dreier**
**Thomas Pulham**
**Michael S. Raab**

Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-9018

**Isaac Belfer**
**James W. Harlow**
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St NW
Washington, DC 20005

**Michael L. Fitzgerald**
**Donald Campbell Lockhart**
U.S. Attorney Office for the District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

*s/ Ashley C. Honold*
Ashley C. Honold