# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name　American Academy of Pediatrics v. Kennedy

District Court Case No.　1:25-cv-11916-BEM　　　District of Massachusetts

Date Notice of Appeal filed　4/29/26　　　Court of Appeals Case No.　26-1503

Form filed on behalf of　defendants-appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal　_____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)　Dkt. No. 260 - 2/13/26 Hearing on Plaintiffs' Motion for Preliminary Relief
　Dkt. No. 283 - 3/4/26 Second Hearing on Plaintiffs' Motion for Preliminary Relief

## TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A.　_____　**This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.　_____　**I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the <u>district court</u> judge.

☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name　Ashley C. Honold　　　Filer's Signature　/s/ Ashley C. Honold

Firm/Address　U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530　　Filer's Email address　ashley.c.honold@usdoj.gov

Telephone number　202-353-9018　　　Date mailed to court reporter_____

(Court Reporter Use ONLY) Date received_____

Form CA1-10 (6/09/09)　　　　　　　　　　　　　**SEE INSTRUCTIONS ON REVERSE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

*s/ Ashley C. Honold*
Ashley C. Honold