# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26 1503          **Short Title:** AAP v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Matthew C. Zorn
Signature

6/11/2026
Date

Matthew C. Zorn
Name

U.S. Department of Justice
Firm Name (if applicable)

202 514 9500
Telephone Number

950 Pennsylvania Ave
Address

_____
Fax Number

Washington, DC 20530
City, State, Zip Code

matthew.zorn2@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1198590

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25 1907, 26 1325

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).