IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————————————————

AMERICAN ACADEMY OF PEDIATRICS, et al.,

Plaintiffs-Appellees,

v.                                                        No. 26-1503

ROBERT F. KENNEDY JR., et al.

Defendants-Appellants.

———————————————————————

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS

*Amici Curiae* America's Future and the Center for Medical Freedom of the Conservative Legal Defense and Education Fund hereby move for leave to file a brief *amicus curiae* in support of the Defendants-Appellants and Reversal. It is hereby stated as follows:

1. *Amici* America's Future and Conservative Legal Defense and Education Fund are nonprofit organizations, exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code. Each entity is dedicated, *inter alia*, to the correct construction, interpretation, and application of law. Their interest also includes the health of our nation's citizens, separation of powers, and related issues.

2

2.  *Amici curiae* have experience with respect to the issues presented by this case and have a significant interest in the outcome of this case and believe that this brief will be of assistance to the Court in consideration of the issues.

3.  The attached *amicus* brief is within the limit allowed by FRAP, Rule 29(a)(5).

4.  Counsel for Plaintiffs-Appellees have consented to the filing of this *amicus* brief.  As of the time of this filing, counsel for Defendants-Appellants have not responded to *amici*'s request for consent.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendants-Appellants and Reversal.

Respectfully submitted,

 /s/ William J. Olson
William J. Olson
WILLIAM J. OLSON, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, VA  22180-5615
  (703) 356-5070
  (703) 356-5085 (fax)
  wjo@mindspring.com

Attorneys for *Amici Curiae*
America's Future, *et al*.
June 24, 2026

3

## **CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)**

IT IS HEREBY CERTIFIED:

1.      That the foregoing Motion for Leave to Brief as *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 213 words, excluding the parts of the brief exempted by Rule 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect version 21.0.0.194 in 14-point Times New Roman.

　　　　　　　　　　　　　　　   /s/ William J. Olson
　　　　　　　　　　　　　　　William J. Olson
　　　　　　　　　　　　　　　Attorney for *Amici Curiae*
　　　　　　　　　　　　　　　America's Future, *et al.*

　　　　　　　　　　　　　　　Dated:  June 24, 2026

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave

to Brief as *Amici Curiae*, was made, this 24th day of June 2026, by the Court's

Case Management/Electronic Case Files system upon the attorneys for the parties.


                         /s/ William J. Olson
                         William J. Olson
                         Attorney for *Amici Curiae*
                         America's Future, *et al.*