# United States Court of Appeals
## For the First Circuit

No. 26-1503

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS, INC.; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; SOCIETY FOR MATERNAL-FETAL MEDICINE; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; JANE DOE; JANE DOE 2; JANE DOE 3,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; UNITED STATES FOOD & DRUG ADMINISTRATION; JAY BHATTACHARYA, in the official capacities as Director of the National Institutes of Health and as Acting Director of Centers for Disease Control and Prevention; NATIONAL INSTITUTES OF HEALTH; CENTERS FOR DISEASE CONTROL AND PREVENTION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KYLE DIAMANTAS, in the official capacity as Acting Commissioner of the Food and Drug Administration, DOES 1-50, Inclusive,

Defendants - Appellants.

### ORDER OF COURT

Entered: July 7, 2026
Pursuant to 1st Cir. R. 27.0(d)

No objections having been filed, the motion of America's Future, and the Center for Medical Freedom of the Conservative Legal Defense and Education Fund for leave to file an amicus curiae brief in support of the Appellants and reversal is granted, and the brief is accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Donald Campbell Lockhart, Abraham R. George, Thomas Pulham, Michael L. Fitzgerald, Ashley Cheung Honold, Matthew Charles Zorn, Douglas C. Dreier, Stanley Edmund Woodward, Jr., Robert E. Wanerman, Stuart M. Gerson, Elizabeth J. McEvoy, Kathleen Barrett, James J. Oh, Richard H. Hughes, IV, William Walters, Maurice Wells, Gianna Monet Costello, Robert N. Meltzer, Richard Jaffe, Jose A. Perez, Francisco Maria Negrón, Jr., Andrew Matthew London, David Steven Schumacher, Andrew J. Pincus, Natasha Harnwell-Davis, Allison Aviki, Graham White, Megan Barbero, Kyle H. Keraga, William J. Olson, Jeremiah Morgan