# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument must be admitted to practice before this court and must have entered an appearance in the case. Counsel who have not entered an appearance must file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 26-1503

Case Name: American Academy of Pediatrics v. Robert F. Kennedy Jr.

Date of Argument: October 6, 2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: ________

Name and appellate designation of the party(ies) you will be arguing on behalf of:
American Academy of Pediatrics - Appellees; continued on attached page

Attorney Name: Andrew J. Pincus First Circuit Bar No.: 104211

Cellphone No.: (202) 320-9125 Fax Number: (202) 263-5220

Email: apincus@mayerbrown.com

Check the box that applies:

☐ I have already filed an appearance in this matter.

☑ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

/s/ Andrew J. Pincus
(Signature)

September 3, 2026
(Date)

Designation of Attorney Presenting Oral Argument

Name and appellate designation of the party(ies) you will be arguing on behalf of (continued):

American College of Physicians, Inc. (Appellee)

American Public Health Association (Appellee)

Infectious Diseases Society of American (Appellee)

Massachusetts Public Health Association (Appellee)

Massachusetts Chapter of the American Academy of Pediatrics, Inc. (Appellee)

Jane Doe (Appellee)

Jane Doe 2 (Appellee)

Jane Doe 3 (Appellee)

Society for Maternal-Fetal Medicine (Appellee)